UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID L. BEYER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EARL MOCK, et al.,<br><br>　　　　Defendants. | Case No. 16-cv-04199-EMC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION; AND REMANDING TO STATE COURT**<br><br>Docket No. 4 |

　　　　Plaintiff David L. Beyer, Trustee, initiated this unlawful detainer action in state court against Defendants Earl Mock and Nick Jeck. Mr. Mock subsequently removed the case to federal court. Judge Westmore of this Court issued a report and recommendation ("R&R") in which she concluded that subject matter jurisdiction was lacking over the case. The R&R was served on Mr. Mock but he did not file any objections.

　　　　The Court has reviewed Judge Westmore's R&R and finds it thorough, well reasoned, and correct. Accordingly, it adopts Judge Westmore's R&R as the order of the Court. This action is **REMANDED** to the state court for further proceedings.

　　　　The Clerk of the Court is instructed to close the file in this case.

　　　　This order disposes of Docket No. 4.

　　　　**IT IS SO ORDERED**.

Dated: August 23, 2016

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　　United States District Judge